# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1807
_____

Phillip Berry

*Plaintiff - Appellant*

v.

St. Louis Public Schools

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 17, 2025
Filed: April 22, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Phillip Berry appeals the district court's[1] dismissal of his employment discrimination action as untimely. Upon careful review, we affirm the dismissal for

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri, now retired.

the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.  We also overrule Berry's objection to no-argument classification.

_____